IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PPU'S PACKAGING & LOGISTICS, INC. and JOE PRINCE | § § § | |
| V. | § § | No.  5:07CV33 |
| OCEAN SPRAY CRANBERRIES, INC., ET AL. | § § § | |

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections were filed to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that the above-entitled and numbered cause of action against De Lage Landen Financial Services, Inc. is dismissed without prejudice for failure to prosecute.

**SIGNED this 25th day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE